Case 4:22-cv-02855   Document 12   Filed on 04/12/23 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
April 12, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Juan Carlos Garcia Huato, Individually and On Behalf of Others Similarly Situated<br>Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. 4:22-cv-2855 |
| Delfino Zacarias-Chable, Individually and d/b/a B. Erectors & Fabricators,<br>Defendant. | § | JURY DEMANDED |

## FINAL DEFAULT JUDGEMENT

The court considered the motion for default judgement filed by Plaintiff Juan Carlos Garcia Huato against Defendant Delfino Zacarias-Chable, Individually and d/b/a B. Erectors & Fabricators.

After considering the motion, the affidavits, and other evidence on file, the Court GRANTS the motion for default judgement and renders judgement as follows:

A final judgement in favor of Plaintiff Juan Carlos Garcia Huato and against Defendant Delfino Zacarias-Chable, Individually and d/b/a B. Erectors & Fabricators, as follows:

- $25,650.00 in unpaid wages for Juan Carlos Garcia Huato;

- $25,650.00 in liquidated damages for Juan Carlos Garcia Huato;

- $4,450.00 for reasonable and necessary attorney's fees based on 8.9 hours for Josef F. Buenker at an hourly rate of $500, which this Court finds to be reasonable; and

- $592.00 for court costs and reasonable expenses.

Additionally, this Court retains jurisdiction over enforcing this judgement and any future attorney's fees and costs incurred by Plaintiff, including fees and costs that may be incurred defending an appeal and collecting this final judgment.

All relief not granted herein is denied.

SIGNED on April 12, 2023.

Kenneth M. Hoyt
United States District Judge